[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 113.]

THE STATE OF OHIO, APPELLEE, *v.* YURCHIAK, APPELLANT.

[Cite as *State v. Yurchiak*, 1998-Ohio-559.]

*Court of appeals' judgment affirmed on the authority of State v. Rush.*

(Nos. 98-205 and 98-346—Submitted August 19, 1998—Decided September 16, 1998.)

CERTIFIED by and APPEAL from the Court of Appeals for Medina County, No. 2684-M.

————————

*Dean Holman*, Medina County Prosecuting Attorney, and *Joseph F. Salzgeber*, Assistant Prosecuting Attorney, for appellee.

*Anthony J. Vegh*, for appellant.

————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————